# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| AMIN SHARPE, | : | No. 826 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum** |
| v. | : | **Opinion and Order** of the |
| | : | Commonwealth Court at No. 460 CD |
| | : | 2016 entered on November 10, 2016, |
| PENNSYLVANIA BOARD OF | : | **affirming** the Decision of the Board of |
| PROBATION AND PAROLE, | : | Probation & Parole at Nos. Inmate No. |
| | : | JB-1063 and Parole No. 398FY entered |
| Respondent | : | on August 28, 2015 |

## ORDER

**PER CURIAM**                                    **DECIDED:  June 21, 2107**

**AND NOW**, this 21st day of June, 2017, the Petition for Allowance of Appeal is

**GRANTED**, the Order of the Commonwealth Court is **VACATED**, and this matter is

**REMANDED** to the Commonwealth Court for reconsideration in light of *Pittman v.*

*Pennsylvania Board of Probation and Parole*, __ A.3d __, 2017 WL 1489047 (Pa. filed

April 26, 2017).